UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY ALFRED COXE,<br><br>                    Petitioner,<br><br>     v.<br><br>PATRICK GLEBE,<br><br>                    Respondent. | CASE NO. C16-5450 BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:  JULY 8, 2016 |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

This is a federal habeas action filed under 28 U.S.C. § 2254.  On June 8, 2016, petitioner submitted an application seeking leave to proceed with this action *in forma pauperis*.  Dkt. 1. Petitioner, however, paid the $5.00 filing fee on June 9, 2016.

The Court recommends that petitioner's application to proceed *in forma pauperis* (Dkt. 1) be **DENIED** as **MOOT**.

REPORT AND RECOMMENDATION- 1

1      Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2  fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
3  6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
4  review by the district judge.  *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
5  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on **July
6  8, 2016** as noted in the caption.

7      Dated this 14th day of June, 2016.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2