UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRY ALFRED COXE,

    Plaintiff,

v.

PATRICK GLEBE,

    Defendant.

CASE NO. C16-5450 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's application to proceed in forma pauperis is **DENIED** as moot.

Dated this 18th day July, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER